# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARK W. WITT, )
                Plaintiff, )    Case No. 2:13-cv-02344-GMN-GWF
)
vs. )    **ORDER**
)
HAMPTON & HAMPTON, *et al.*, )
               Defendants. )

This matter is before the Court on Plaintiff's Motion to Amend Discovery Plan (#61) filed November 14, 2014 and Defendants' Response (#68) filed November 25, 2014.  After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Discovery Plan (#61) is **granted in part and denied in part.**  The following discovery plan and scheduling order dates shall apply:

    1.    Last date to complete discovery: **March 31, 2015**

    2.    Last date to file dispositive motions: **April 30, 2015**

    3.    Last date to file joint pretrial order: **June 1, 2015**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 1st day of December, 2014.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge