# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK W. WITT, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-02344-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HAMPTON & HAMPTON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

**IT IS FURTHER ORDERED** that the hearing set for January 12, 2015 at 10:00 a.m. is **vacated**.

DATED this 16th day of December, 2013.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE