Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Brian G. Anderson, Esq.
Nevada Bar No. 10500
Andrea M. Champion
Nevada Bar No. 13461
Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Telephone (702) 669-4600
Facsimile (702) 669-4650
preilly@hollandhart.com
bganderson@hollandhart.com

*Attorneys for Defendants*
*Hampton & Hampton and*
*Hampton & Hampton Collections LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK W. WITT, an individual and resident of Clark County, Nevada,<br><br>Plaintiff,<br><br>vs.<br><br>HAMPTON & HAMPTON, a Nevada Domestic Professional Corporation; HAMPTON & HAMPTON COLLECTIONS LLC, a Nevada Limited Liability Company; SATICOY BAY LLC SERIES 8304 BROAD PEAK LLC, a Series of a Nevada Limited Liability Company; SATICOY BAY LLC, a Nevada Limited liability Company; SILVERSTONE RANCH COMMUNITY ASSOCIATION, a Nevada Domestic Non-Profit Corporation; DOES I through X; and ROE CORPORATIONS I through x,<br><br>Defendants. | Case No.: 2:13-cv-02344-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR HAMPTON DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE EXHIBITS AND PORTIONS OF PLAINTIFF'S OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT [Dkt. 101] AND OPPOSITION TO PLAINTIFF'S COUNTERMOTION FOR LEAVE TO AMEND COMPLAINT [Dkt. 113]**<br><br>**(First Request)** |

Defendants HAMPTON & HAMPTON and HAMPTON & HAMPTON COLLECTIONS, LLC (collectively the "Hampton Defendants") and Plaintiff MARK. W. WITT ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate and agree to extend the deadline for the Hampton Defendants to file a reply in support of their Motion to Strike Exhibits and

7671915_1

1  Portions of Plaintiff's Opposition to the Motion for Summary Judgment, filed February 19, 2015
2  [Dkt. 101].  The reply brief is currently set to be filed on March 26, 2015.  The Parties agree to
3  and respectfully request the deadline for the Hampton Defendants to file their Reply brief be
4  extended to **April 9, 2015**.

5  The Parties further stipulate and agree to extend the deadline for the Hampton Defendants
6  to file an opposition to Plaintiff's Countermotion for Leave to Amend Complaint, filed March 16,
7  2015 [Dkt. 113].  The opposition is currently set to be filed on March 26, 2015.  The Parties agree
8  and respectfully request that the deadline for the Hampton Defendants to file their Opposition brief
9  also be extended to **April 9, 2015**.

10  These requests are made in good faith due and is not interposed for any improper purpose
11  or to delay.

12  **IT IS SO STIPULATED.**

13  DATED this 24th day of March, 2015.                              DATED this 24th day of March, 2015.

15  ___/s/ Patrick J. Reilly___                                              ___/s/ Matthew C. Wolf___
Patrick J. Reilly, Esq.                                                       Daniel R. McNutt
Brian G. Anderson, Esq.                                                  Matthew C. Wolf
Holland & Hart LLP                                                          Carbajal & McNutt, LLP
9555 Hillwood Drive, 2nd Floor                                       625 South Eighth Street
Las Vegas, Nevada 89134                                                Las Vegas, Nevada 89101

*Attorneys for the Hampton Defendants*                    *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  03/25/2015**

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650