DANIEL R. MCNUTT
Nevada Bar No. 7815
MATTHEW C. WOLF
Nevada Bar No. 10801
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com
*Attorneys for Plaintiff Mark W. Witt*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK W. WITT, an individual and resident of Clark County, Nevada,<br><br>Plaintiff,<br><br>vs.<br><br>HAMPTON & HAMPTON, a Nevada Domestic Professional Corporation; HAMPTON & HAMPTON COLLECTIONS LLC, a Nevada Limited Liability Company; SATICOY BAY LLC SERIES 8304 BROAD PEAK LLC, a Series of a Nevada Limited Liability Company; SATICO BAY LLC, a Nevada Limited Liability Company; SILVERSTONE RANCH COMMUNITY ASSOCIATION, a Nevada Domestic Non-Profit Corporation; DOES I through X; and ROE CORPORATIONS I through X;<br><br>Defendants. | Case No.: 2:13-cv-02344-GMN-GWF<br><br>**STIPULATION AND ORDER CONCERNING THE DEADLINE FOR PLAINTIFF TO OPPOSE SATICOY BAY'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 106)**<br><br>***First Request*** |

Plaintiff Mark W. Witt, through the law firm Carbajal & McNutt LLP, and Defendants Saticoy Bay LLC Series 8304 Broad Peak LLC and Saticoy Bay LLC ("Saticoy Bay"), through the Law Offices of Michael F. Bohn, Ltd., collectively, "the Parties," hereby stipulate and agree to the following:

1.      ***WHEREAS***, on March 2, 2015, Saticoy Bay filed a motion for summary judgment ("Motion") (ECF No. 106).

2.    **WHEREAS,** the current deadline for Plaintiff Mark W. Witt to oppose the Motion is March 26, 2015.

3.    **WHEREAS,** Plaintiff wishes to obtain a two week extension for his opposition to the Motion.

**WHEREFORE**, the Parties stipulate and agree that the deadline for Plaintiff to oppose the Motion shall be extended two weeks to April 9, 2015.

**IT IS SO STIPULATED** as of March 25, 2015.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

/s/ Michael F. Bohn
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Jeffrey Arlitz, Esq.
Nevada Bar No. 6558
376 E. Warm Springs Rd., Ste. 125
Las Vegas, Nevada 89119

*Attorneys for Defendants Saticoy Bay LLC*
*Series 8304 Broad Peak LLC*
*and Saticoy Bay LLC*

CARBAJAL & MCNUTT, LLP

/s/ Matt Wolf
Daniel R. McNutt, Esq.
Nevada Bar No. 7815
Matthew C. Wolf, Esq.
Nevada Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Mark W. Witt*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  03/25/2015**

2